# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. THOMAS, JR., | CASE NO. 1:10-cv-00054-SKO PC |
| Plaintiff, | ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF COPY OF FILING, DIRECTING PLAINTIFF TO FILE SIGNED RESPONSE WITHIN THIRTY DAYS, AND STRIKING FILING FOR LACK OF SIGNATURE |
| v. | |
| M. T. DOTSON, et al., | |
| Defendants. | |
| | (Doc. 12) |

Plaintiff Charles E. Thomas, Jr., a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 11, 2010. On August 6, 2012, the Court issued an order requiring Plaintiff to either file a second amended complaint or notify the Court of his willingness to proceed only on his cognizable due process claim. On August 20, 2012, Plaintiff filed a notice stating his willingness to proceed on his cognizable claim. However, Plaintiff neglected to sign the filing.

The Court cannot consider unsigned filings. Fed. R. Civ. P. 11(a); Local Rule 131(b). Accordingly, it is HEREBY ORDERED that:

1. The Clerk's Office shall send Plaintiff a copy of his unsigned filing;
2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a signed response to the screening order; and
3. The unsigned filing is stricken from the record.

IT IS SO ORDERED.

**Dated:   August 30, 2012**             **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE

1