# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. THOMAS, JR., | Case No. 1:10-cv-00054-AWI-SKO (PC) |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION WITHIN THIRTY DAYS |
| v. | |
| M. T. DOTSON, et al., | (Doc. 28) |
| Defendants. | |

Plaintiff Charles E. Thomas, Jr., a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 11, 2010. On April 21, 2014, Defendants Campbell and Rosenkrans filed a motion for summary judgment. Fed. R. Civ. P. 56. To date, Plaintiff has not responded.

Pursuant to Local Rule 230(*l*), Plaintiff is HEREBY ORDERED to file an opposition or a statement of non-opposition to Defendants' motion within **thirty (30) days**. **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, with prejudice, for failure to prosecute**.

IT IS SO ORDERED.

Dated:   **June 6, 2014**                              /s/ Sheila K. Oberto
                                                                UNITED STATES MAGISTRATE JUDGE